# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE RENTERIA-PEREZ, | Case No. 2:18-CV-2253 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| GEICO CASUALTY COMPANY, | |
| Defendant(s). | |

Presently before the court is the matter of *Renteria-Perez v. Government Employees Insurance Company*, case no. 2:18-cv-02253-JCM-CWH.

On June 12, 2019, plaintiff Jose Renteria-Perez ("plaintiff") filed an amended complaint in this action. (ECF No. 17). Therefore, defendant Government Employees Insurance Company's ("defendant") previously filed motions to dismiss (ECF No. 6) and to "stay claims for bad faith" (ECF No. 7) are rendered moot. The court will therefore deny these motions without prejudice to defendant's ability to refile as necessary, pursuant to the amended complaint.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motions to dismiss and to stay (ECF Nos. 6, 7) be, and the same hereby are, DENIED as moot.

IT IS SO ORDERED.

DATED July 1, 2019.

_____
UNITED STATES DISTRICT JUDGE